O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHADANA L. JONES, | ) | CASE NO. CV 12-07017 RZ |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for the awarding of benefits.

DATED: June 26, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE