Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
tcohen@pottercohenlaw.com

Attorneys for Plaintiff, SHADANA JONES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHADANA JONES, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, <br><br> Defendant | Case No.: CV 12-07017 RZ <br><br> {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay Plaintiff the amount of Four Thousand One Hundred ~~Fifty~~ Dollars, ($4,100.00) for fees, as authorized by 28 U.S.C. § 2412(d)~~, subject to the terms of the above-referenced Stipulation~~.

DATE: October 2, 2013

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE